UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMIRO VASQUEZ, MYNOR VASQUEZ and PERFECTO ISMAEL VASQUEZ,

        Plaintiffs,

– against –

BUCK CO. LAWN MAINTENANCE/ LANDSCAPING & CLEANING and FRANK BUKOVICH (in his individual capacity),

        Defendants.

ORDER APPROVING SETTLEMENT AND DISMISSING ACTION

Case No. 7:11-cv-06611-(ER)

Ramos, D.J.:

This matter is before the Court upon the Plaintiffs Ramiro Vasquez, Mynor Vasquez, and Perfecto Ismael Vasquez (collectively Plaintiffs) and Defendants Buck Co. Lawn Maintenance/Landscaping & Cleaning and Frank Bukovich (collectively Defendants) joint request to approve settlement. This Court has reviewed the proposed settlement agreement along with the Parties joint submission in support of this request and has determined that the proposed settlement occurred as a result of contested litigation, which was highly adversarial in nature and that the settlement proposed represents a reasonable compromise over contested issues.

Accordingly, IT IS HEREBY ORDERED that the settlement agreement entered into between Plaintiffs and the Defendants is hereby approved; and

IT IS FURTHER ORDERED that this matter is dismissed with prejudice and without costs, interest or attorney fees; and

IT IS FURTHER ORDERED that the Court retains jurisdiction to enforce the terms of the settlement agreement.

Dated: Feb. 14, 2011
White Plains, NY

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2012